IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 16-207 |
| v. ) | |
| SHERELLE CLAUSELL ) | |
| Defendant. ) | |

## MOTION FOR STATUS CONFERENCE

AND NOW comes the Defendant, Sherelle Clausell, by her Attorney, David J. DeFazio, Esq., and respectfully sets forth the following Motion for Status Conference:

1. On October 3, 2016, Ms. Clausell was formally arraigned as a defendant in the above captioned matter.

2. Counsel for the Defendant requests a Status Conference to aid in the preparation for trial.

3. This Honorable Court has already indicated that October 30, 2017 at 10:30 is convenient date and time for said status conference.

4. The Defendant requests from the filing of this Motion for Status Conference until October 30, 2017 at 10:30am, that this delay of time caused by this extension be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the ends of justice served by granting this extension outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion.

    WHEREFORE, the Defendant requests this Honorable Court to schedule a status conference for October 30, 2017 at 10:30am.

Respectfully Submitted,
*/s/ David J. DeFazio*
Attorney for Defendant
PA ID 40989
3945 Forbes Ave, #437
Pittsburgh, PA 15213
412.261.1700