IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

CRIMINAL CASE NO. 16-207

SHERELLE CLAUSELL

ORDER

AND NOW, this 1st day of November, 2017, the defendant having indicated at the Status Conference held on October 30, 2017 (subsequent to having been appointed counsel in this case on October 3, 2016) that she is now employed and has retained counsel for a case in the Court of Common Pleas of Allegheny County (Frank C. Walker, II, Esquire), and it appearing that based on said information provided by the defendant and the Pretrial Services Office that she now may or may not be indigent within the meaning of that term, IT IS HEREBY ORDERED that the Court may require the defendant to pay all or a part of the cost of her representation at the conclusion of this case.

Nora Barry Fischer
United States District Judge

cc/ecf:     Counsel of Record

Sherelle Clausell (USM # 38182-068) c/o David J. DeFazio, Esquire