# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 16-207 |
| ) | Judge Nora Barry Fischer |
| SHERELLE CLAUSELL,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER OF COURT

AND NOW, this 13th day of December, 2017, upon consideration of Defendant Sherelle Clausell's Motion for Authorization of Co-Counsel Beyond CJA Limit, (Docket No. [43]), and the lack of objection thereto by the Government,

IT IS HEREBY ORDERED that said Motion [43] is granted. Appointed counsel is granted leave to submit a voucher for services furnished by an associate attorney in excess of the ten (10) hours permitted under § I.C.4.a of the *Policies and Procedures for Claims Submitted Pursuant to the Criminal Justice Act* but such services shall not exceed twenty (20) hours, and such claims must be within the case compensation maximum allowed by the CJA.

IT IS FURTHER ORDERED that appointed counsel shall comply with all requirements of the *Policies and Procedures for Claims Submitted Pursuant to the Criminal Justice Act*, including but not limited to, those set forth in § I.C.4.c, which provide that "[t]he Court expects that Panel Attorneys will develop a division of labor between the Panel Attorney, [...] or associates to minimize billing of time and travel expenses for client visits, meetings, and Court appearances and to avoid duplication of effort" and "[i]t is the Panel Attorney's responsibility to monitor and approve all bills submitted for […] associates. … Double billing for the performance of the same task will not be approved."

IT IS FURTHER ORDERED that the Court reserves ruling on the hourly rate for the associate attorney and the approval of any hours claimed for services rendered until it has received and reviewed the CJA 20 eVoucher submissions at the conclusion of this case.

FINALLY, as this Court has previously ordered, the Court may require the defendant to pay all or a part of the cost of her representation at the conclusion of this case. (*See* Docket No. 40).

> *s/Nora Barry Fischer*
> Nora Barry Fischer
> United States District Judge

cc/ecf: All counsel of record

Sherelle Clausell c/o David J. DeFazio, Esquire